**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 7 Trustee Diane Mann

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| WILLIAM J. TWILLEY AND GRACE L. TWILLEY, | Case No. 2:16-bk-06615-MCW |
| Debtors. | **APPLICATION FOR ORDER REQUIRING EXAMINATION PURSUANT TO FED.R.BANKR.P. 2004, FED.R.CIV.P. 30(b)(6) AND FED.R.CIV.P. 45** |

Diane Mann, the Chapter 7 Trustee in the above-captioned bankruptcy proceeding ("Trustee"), hereby requests that the Court enter an order requiring Custodian of Records and/or Principal of Jan Serv, Inc. ("Deponent") to submit to an examination under oath, and to produce such documents or to respond to such discovery requests as Trustee may request concerning all matters of inquiry allowed under Fed.R.Bankr.P. 2004, Fed.R.Civ.P. 30(b)(6) and Fed.R.Civ.P. 45. This Application is supported by the attached Memorandum of Points and Authorities.

DATED: March 28, 2017

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

/ / /

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On June 9, 2016 ("Petition Date"), William J. Twilley and Grace L. Twilley ("Debtors") filed for relief under Chapter 7 of the United States Bankruptcy Code.

2. Diane Mann is the Trustee appointed in this case.

3. This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334.

4. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, upon motion of any party in interest, the Court may order the examination of any person relating to the acts, conduct or property, or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate.

5. In connection with the administration of the Debtors' estate, the Trustee requests an order requiring Deponent to submit to an examination under oath and to produce such documents or to respond to such discovery requests as Trustee may request concerning all matters of inquiry allowed under Fed.R.Bankr.P. 2004. To the extent an entity is identified, the Trustee requests authority to notice an examination pursuant to Fed.R.Civ.P. 30(b)(6) and to subpoena documents or witnesses pursuant to Fed.R.Civ.P. 45.

6. The Trustee is informed and believes that Deponent has information regarding non-exempt bankruptcy estate assets.

**WHEREFORE,** the Trustee respectfully requests entry of an order requiring Deponent to appear for examination after not less than twenty-eight (28) days' notice or upon agreement of the parties, and to produce documents after not less than twenty-one (21) days' notice or upon agreement of the parties, pursuant to Fed.R.Bankr.P. 2004, Fed.R.Civ.P. 30(b)(6) and Fed.R.Civ.P. 45, at the time and place as may be specified by Trustee or upon agreement of the parties, at the offices of GUTTILLA MURPHY ANDERSON, P.C., 5415 E. High St., Suite 200, Phoenix, Arizona 85054, and for such other and further relief as this Court deems just and proper.

/ / /

/ / /

/ / /

DATED: March 28, 2017

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

**E-FILED** on March 28, 2017 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

Diane Mann
*Chapter 7 Trustee*

**COPY** mailed the same date via U.S. Mail to:

Renee Shamblin
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

William J. Twilley and Grace L. Twilley
2064 S. Farnsworth Dr. #68
Mesa, AZ 85209
*Debtors*

David W. Reichel
Oswalt Law Group
300 W. Clarendon Ave., Ste. 290
Phoenix, AZ 85013
*Attorney for Debtors*

Jani Serv, Inc.
c/o Jared Twilley, Statutory Agent
109 W. University Dr., Suite 2
Mesa, AZ 85201

Jani Serv, Inc.
c/o Robert Twilley, President/Director
992 W. Hudson Way
Gilbert, AZ 85233

*/s/ Monica Baca*