DIANE M. MANN, CHP 7 PANEL TRUSTEE
PO BOX 12970
SCOTTSDALE, AZ 85267-2970

UNITED STATES BANKRUPTCY COURT
AZ DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TWILLEY, WILLIAM JOSEPH | § | Case No. 16-06615-PHX MCW |
| TWILLEY, GRACE LORRAINE | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DIANE M. MANN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00  Assets Exempt: 92,405.08
*(Without deducting any secured claims)*

Total Distributions to Claimants: 748.49  Claims Discharged
 Without Payment: 472,422.53

Total Expenses of Administration: 1,275.51

---

3) Total gross receipts of $ 2,024.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,024.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 70,690.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,275.51 | 1,275.51 | 1,275.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 392,979.45 | 375,503.13 | 375,503.13 | 748.49 |
| **TOTAL DISBURSEMENTS** | $ 463,669.45 | $ 376,778.64 | $ 376,778.64 | $ 2,024.00 |

4) This case was originally filed under chapter 7 on 06/09/2016 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2017      By:/s/DIANE M. MANN, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UMB BANK, N.A., CHECKING ACCOUNT #0275 | 1129-000 | 127.80 |
| UMB BANK, N.A., SAVINGS ACCOUNT #0215 | 1129-000 | 40.68 |
| STATE TAX REFUND-2016 | 1224-000 | 131.52 |
| SETTLEMENT PROCEEDS- DEBTORS | 1249-000 | 812.00 |
| SETTLEMENT PROCEEDS- SON | 1249-000 | 912.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,024.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptance Corporation Bankruptcy Department P.O. Box 660360 Dallas, TX 75266 | | 27,087.00 | NA | NA | 0.00 |
| | Vantage West Credit Union Corporate Office 2480 N. Arcadia Avenue Tucson, AZ 85712 | | 43,603.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 70,690.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MANN, DIANE M., TRUSTEE | 2100-000 | NA | 506.00 | 506.00 | 506.00 |
| MANN, DIANE M., TRUSTEE | 2200-000 | NA | 18.54 | 18.54 | 18.54 |
| GUITTILLA MURPHY ANDERSON | 3210-000 | NA | 700.00 | 700.00 | 700.00 |
| GUITTILLA MURPHY ANDERSON | 3220-000 | NA | 50.97 | 50.97 | 50.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,275.51** | **$ 1,275.51** | **$ 1,275.51** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greater Regional Medical Center<br>1700 W. Townline St, Ste 3<br>Creston, IA 50801 | | 3,554.12 | NA | NA | 0.00 |
| | Jutla & Dovitz, P.C.<br>259 E. Rand Rd., Ste. 212<br>Mount Prospect, IL 60056 | | 1,948.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Newman & Associates, LTD 7161 N. Cicero Ave., Suite 200 Lincolnwood, IL 60712 | | 92,164.82 | NA | NA | 0.00 |
| 01 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 11,200.00 | 11,200.21 | 11,200.21 | 23.73 |
| 04 | CHN ADVISORY GROUP LC | 7100-000 | 262,383.43 | 278,030.41 | 278,030.41 | 589.05 |
| 02 | COMPASS BANK | 7100-000 | NA | 42,558.47 | 42,558.47 | 90.17 |
| 03 | COMPASS BANK | 7100-000 | 21,728.13 | 21,496.91 | 21,496.91 | 45.54 |
| 05 | VANTAGE WEST CREDIT UNION | 7200-000 | NA | 22,217.13 | 22,217.13 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 392,979.45 | $ 375,503.13 | $ 375,503.13 | $ 748.49 |

| Case No: | 16-06615-PHX MCW Judge: MADELEINE C. WANSLEE | Trustee Name: | DIANE M. MANN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | TWILLEY, WILLIAM JOSEPH | Date Filed (f) or Converted (c): | 06/09/16 (f) |
| | TWILLEY, GRACE LORRAINE | 341(a) Meeting Date: | 07/12/16 |
| For Period Ending: | 07/06/17 | Claims Bar Date: | 01/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 2014 NISSAN MAXIMA SV SEDAN | 21,625.00 | 0.00 | | 0.00 | FA |
| 2. 2015 NISSAN ALTIMA 2.5 S SEDAN | 15,052.00 | 0.00 | | 0.00 | FA |
| 3. 1 KITCHEN TABLE $35.00. 4 KITCHEN TABLE CHAIRS $40 | 1,905.00 | 0.00 | | 0.00 | FA |
| 4. 2 TELEVISIONS $350.00. 2 RADIOS $85.00. 1 VCR $25. | 500.00 | 0.00 | | 0.00 | FA |
| 5. 1 DESKTOP COMPUTER $90.00. 1 LAPTOP COMPUTER $45.0 | 135.00 | 0.00 | | 0.00 | FA |
| 6. MISC. BOOKS | 400.00 | 0.00 | | 0.00 | FA |
| 7. 1 SET OF GOLF CLUBS<br>    INCLUDED IN SETTLEMENT | 95.00 | 95.00 | | 0.00 | FA |
| 8. 1 RUGER 22 FIREARM $175.00. 1 22 LONG RIFLE $175.0 | 350.00 | 0.00 | | 0.00 | FA |
| 9. MISC. MEN'S CLOTHING $300.00. MISC. WOMEN'S CLOTHI | 400.00 | 0.00 | | 0.00 | FA |
| 10. 2 GOLD WEDDING BANDS $162.50. 2 GOLD WEDDING BANDS | 325.00 | 0.00 | | 0.00 | FA |
| 11. 1 ANNIVERSARY GOLD RING WITH LITTLE DIAMONDS<br>    INCLUDED IN SETTLEMENT | 350.00 | 350.00 | | 0.00 | FA |
| 12. UMB BANK, N.A., CHECKING ACCOUNT #2202 | 17,638.80 | 0.00 | | 0.00 | FA |
| 13. UMB BANK, N.A., CHECKING ACCOUNT #0275 | 109.22 | 127.80 | | 127.80 | FA |
| 14. UMB BANK, N.A., SAVINGS ACCOUNT #0215 | 340.68 | 40.68 | | 40.68 | FA |
| 15. UMB BANK, N.A., HELOC ACCOUNT #0001, BALANCE AS OF | 0.00 | 0.00 | | 0.00 | FA |
| 16. MODERN WOODMEN OF AMERICA, IRA ACCOUNT #4366.<br>BALA | 1,078.99 | 0.00 | | 0.00 | FA |
| 17. EDWARD JONES, IRA ACCOUNT #51-1-5. | 13,012.33 | 0.00 | | 0.00 | FA |
| 18. EDWARD JONES, IRA ACCOUNT #52-1-4. | 12,648.58 | 0.00 | | 0.00 | FA |
| 19. NATIONAL GUARDIAN LIFE INSURANCE COMPANY, GROUP LI | 0.00 | 0.00 | | 0.00 | FA |
| 20. PREPAID FUNERAL EXPENSES WITH MOUNTAIN VIEW FUNERA | 5,000.00 | 0.00 | | 0.00 | FA |
| 21. STATE TAX REFUND-2016 (u) | 0.00 | 131.52 | | 131.52 | FA |
| 22. SETTLEMENT PROCEEDS- DEBTORS (u) | 0.00 | 812.00 | | 812.00 | FA |

Case No: 16-06615-PHX   MCW   Judge: MADELEINE C. WANSLEE
Case Name: TWILLEY, WILLIAM JOSEPH
TWILLEY, GRACE LORRAINE

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 06/09/16 (f)
341(a) Meeting Date: 07/12/16
Claims Bar Date: 01/30/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. SETTLEMENT PROCEEDS- SON (u) | 0.00 | 912.00 | | 912.00 | FA |

TOTALS (Excluding Unknown Values)   $90,965.60   $2,469.00        $2,024.00   Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING IF $5,000 PRE-PAID BURIAL PLAN CAN BE CANCELED AND FUNDS RETURNS. June 27, 2016. OBJECTION TO CLAIMED EXEMPTIONS FILED. July 01, 2016. DEBTOR'S RESPONSE FILED. July 20, 2016. AWAITING HEARING DATE. August 18, 2016. PER MAGUIRE, PREPAID FUNERAL EXPENSES ARE EXEMPT. CREDITOR PROVIDED LETTER/EXHIBITS ABOUT POSSIBLE ASSETS AND TRANSFERS. REQUESTED MORE INFO FROM DEBTORS TO INVESTIGATE CHN'S ALLEGATIONS. October 11, 2016. RECEIVED INFO FROM DEBTORS; ANALYZING INFO RE: JANI-SERV AND BJT ENT. November 22, 2016. REVIEWING 2014 AND 2015 BUSINESS TAX RETURNS TO DETERMINE BUSINESS OWNERSHIP. December 09, 2016.  PER MAGUIRE, APPEARS DEBTORS TRANSFERRED BUSINESS RIGHT BEFORE THEY FILED BK. REQUESTED.  February 5, 2017. SCHEDULING 2004 EXAM. DEMAND MADE FOR AZ REFUND CHECK. APPLICATION FOR 2004 EXAM FILED. March 28, 2017. 2004 EXAM SET FOR 5/11. April 10, 2017. TRUSTEE AND DEBTORS SETTLED ALL REMAINIG ISSUES. May 25, 2017. DEMAND MADE FOR RETURN OF FUNDS PAID TO SON. MOTION TO APPROVE SETTLEMENT FILED; CASE TO CLOSE ONCE ORDER GRANTED. June 06, 2017. TFR FILED. July 06, 2017 (DMMANN)

Initial Projected Date of Final Report (TFR): 02/15/17        Current Projected Date of Final Report (TFR): 07/15/17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-06615-PHX -MCW | | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TWILLEY, WILLIAM JOSEPH | | Bank Name: | UNION BANK |
| | TWILLEY, GRACE LORRAINE | | Account Number / CD #: | *******2737 Checking Account |
| Taxpayer ID No: | *******3866 | | | |
| For Period Ending: | 10/10/17 | | Blanket Bond (per case limit): | $ 29,161,778.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/27/17 | | DEBTOR | STATE INCOME TAX REFUND | | 300.00 | | 300.00 |
| | 21 | | Memo Amount: 131.52 | 1224-000 | | | |
| | | | STATE INCOME TAX REFUND | | | | |
| | 14 | | Memo Amount: 40.68 | 1129-000 | | | |
| | | | NON-EXEMPT BANK ACCT FUNDS | | | | |
| | 13 | | Memo Amount: 127.80 | 1129-000 | | | |
| | | | NON-EXEMPT BANK ACCT FUNDS | | | | |
| 05/25/17 | 22 | DEBTORS | SETTLEMENT/COMPROMISE OF CLAIM | 1249-000 | 812.00 | | 1,112.00 |
| 06/05/17 | 23 | DEBTORS | SETTLEMENT/COMPROMISE OF CLAIM | 1249-000 | 912.00 | | 2,024.00 |
| 08/16/17 | 010001 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Compensation/Fees | 2100-000 | | 506.00 | 1,518.00 |
| 08/16/17 | 010002 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Expenses | 2200-000 | | 18.54 | 1,499.46 |
| 08/16/17 | 010003 | DAWN BAYNE MAGUIRE, ESQ.<br>GUITTILLA MURPHY ANDERSON<br>5415 E HIGH STREET, STE 200<br>PHOENIX, AZ 85054 | Claim A1, Payment 100.00000%<br>ATTORNEY FEES | 3210-000 | | 700.00 | 799.46 |
| 08/16/17 | 010004 | DAWN BAYNE MAGUIRE, ESQ.<br>GUITTILLA MURPHY ANDERSON<br>5415 E HIGH STREET, STE 200<br>PHOENIX, AZ 85054 | Claim A2, Payment 100.00000%<br>ATTORNEY EXPENSES | 3220-000 | | 50.97 | 748.49 |
| 08/16/17 | 010005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Claim 01, Payment 0.21187% | 7100-000 | | 23.73 | 724.76 |
| 08/16/17 | 010006 | COMPASS BANK | Claim 02, Payment 0.21187% | 7100-000 | | 90.17 | 634.59 |
| | | | | Page Subtotals | 2,024.00 | 1,389.41 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-06615-PHX -MCW | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | TWILLEY, WILLIAM JOSEPH | Bank Name: | UNION BANK |
| | TWILLEY, GRACE LORRAINE | Account Number / CD #: | *******2737  Checking Account |
| Taxpayer ID No: | *******3866 | | |
| For Period Ending: | 10/10/17 | Blanket Bond (per case limit): | $ 29,161,778.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/16/17 | 010007 | 401 WEST VALLEY AVE<br>HOMEWOOD, AL 35209<br>COMPASS BANK | Claim 03, Payment 0.21184% | 7100-000 | | 45.54 | 589.05 |
| 08/16/17 | 010008 | 401 WEST VALLEY AVE<br>HOMEWOOD, AL 35209<br>CHN ADVISORY GROUP LC<br>KENNETH B. VAUGHN ESQ<br>6225 N 24 STREET, SUITE 125<br>PHOENIX, AZ 85016 | Claim 04, Payment 0.21187%<br>PROMISSORY NOTES | 7100-000 | | 589.05 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 300.00 | COLUMN TOTALS | 2,024.00 | 2,024.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 2,024.00 | 2,024.00 | |
| Memo Allocation Net: | 300.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 2,024.00 | 2,024.00 | |
| Total Allocation Receipts: | 300.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******2737 | 2,024.00 | 2,024.00 | 0.00 |
| Total Memo Allocation Net: | 300.00 | | 2,024.00 | 2,024.00 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   634.59